IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2005 JUN 14  PM 3: 51

OFFICE OF THE CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                    )<br>            Plaintiff,              )<br>                                    )<br> v.                                 )     Case No. 4:04CR3078<br>                                    )<br> LAURA GUTIERREZ,                   )<br>                                    )<br>            Defendant.              ) | |

## ORDER

THIS MATTER comes before the Court on defendant's Request to File Motion Under Seal, filing _____. The Court, being fully advised in the premises, finds that said Motion should be granted.

IT IS THEREFORE ORDERED that, pursuant to NECrimR 49.3(c) and (d), the Clerk shall file Defendant Gutierrez's Unopposed Motion to Continue Trial under seal.

DATED this 14th day of June, 2005.

BY THE COURT:

*[signature]*

The Honorable Richard G. Kopf
United States Magistrate Judge