IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2005 JUN 14 PM 3:51

OFFICE OF THE CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | Case No. 4:04CR3078 |
| LAURA GUTIERREZ, ) | |
| Defendant. ) | |

### ORDER

THIS MATTER comes before the Court on defendant's motion to continue trial, filing _____, from June 27, 2005, for approximately 90 days. The Court, being fully advised in the premises, and noting that the government has no objection to said continuance, finds that said motion should be granted.

IT IS THEREFORE ORDERED that the defendant's trial shall be continued until ~~Monday~~ Sept 19, 2005, at 9:00 a.m. The defendant is ordered to appear at said time. This Court further finds that, based upon the showing set forth in defendant's motion, the ends of justice will be served by continuing defendant's trial. Further, that taking such action outweighs the best interests of the public and the defendant in a speedy trial. Accordingly, said continuance shall be excludable time pursuant to 18 U.S.C. §3161(h)(8)(A).

Dated this 14th day of June, 2005.

BY THE COURT:

*[signature]*

The Honorable Richard G. Kopf
United States Magistrate Judge