IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2005 AUG 15 PM 2: 23

OFFICE OF THE CLERK

UNITED STATES OF AMERICA, )
)
Plaintiff, )
)
v. ) Case No. 4:04CR3078
)
LAURA GUTIERREZ, )
)
Defendant. )

## ORDER

THIS MATTER comes before the Court on defendant's Request to File Motion, supporting documents and Order Under Seal, filing ____. The Court, being fully advised in the premises, finds that said Motion should be granted.

IT IS THEREFORE ORDERED that, pursuant to NECrimR 49.3(c) and (d), the Clerk shall file defendant's Ex Parte Motion for Issuance of Subpoena in Forma Pauperis, supporting documents, and Order under seal.

DATED this 15 day of August, 2005.

BY THE COURT:

*[signature]*

The Honorable David L. Piester
United States Magistrate Judge