IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>Plaintiff,  )<br>  )<br>v.  )<br>  )<br>LAURA GUTIERREZ,  )<br>  )<br>Defendant.  ) | Case No. 4:04CR3078 |

### ORDER

THIS MATTER comes before the Court on defendant's motion to continue deadline for filing downward departure motions, filing 118, from January 10, 2006, until January 20, 2006. The Court, being fully advised in the premises, finds that said motion should be granted.

IT IS THEREFORE ORDERED that the defendant's downward departure motion and supplemental brief shall be filed no later than January 20, 2006, and the court's tentative findings will be delayed until then.

January 12, 2006.                    BY THE COURT:

                             s/ *Richard G. Kopf*
                             United States Magistrate Judge