IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>v.<br><br>LAURA GUTIERREZ,<br><br>      Defendant. | Case No. 4:04CR3078 |

### ORDER

THIS MATTER comes before the Court on defendant's motion to continue deadline for filing downward departure motions, filing 121, from January 20, 2006, until January 25, 2006. The Court, being fully advised in the premises, finds that said motion should be granted.

IT IS THEREFORE ORDERED that the defendant's downward departure motion and brief shall be filed no later than January 25, 2006.

January 23, 2006.

BY THE COURT:

s/ *Richard G. Kopf*
United States Magistrate Judge