IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:04CR3078 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| LAURA GUTIERREZ, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that:

(1) Defendant Gutierrez's oral motion to continue sentencing is granted.

(2) An evidentiary hearing on safety valve issues only will be held on Friday March 3, 2006, from 12:00 noon to 1:30 p.m., before the undersigned United States District Judge, in Courtroom No. 1, Robert V. Denney Federal Building and United States Courthouse, Lincoln, Nebraska. Since this is a criminal case, the defendant shall be present unless excused by the court.

(3) Sentencing is continued until further order of the court.

January 26, 2006                    BY THE COURT:

                                    s/ *Richard G. Kopf*
                                    United States District Judge